# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00073-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AMANDA BRADLEY HUERTA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 4, 2015, the Defendant was charged in a Bill of Indictment with engaging in sexual contact with a person who was in official detention or under the custodial, supervisory, or disciplinary authority of the Defendant, in violation of 18 U.S.C. §§ 2244(a)(4) and 1153. [Doc. 1]. The Defendant's initial appearance and arraignment were held on August 14, 2015, at which time counsel was appointed and this case was placed on the August 24, 2015 calendar for trial.

The Court finds that this case should be continued. "Unless the defendant consents in writing to the contrary, the trial shall not commence less than thirty days from the date on which the defendant first appears

through counsel or expressly waives counsel and elects to proceed pro se." 18 U.S.C. § 3161(c)(2). The Defendant here has not so consented, and thus, her trial may not start less than thirty days from her appearance with counsel.

Further, if this case were not continued, the Court finds that counsel would be denied "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

For the reasons stated herein, the ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the above-captioned case is **CONTINUED** from the August 24, 2015 term in the Asheville Division.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge