THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:15-cr-00073-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| AMANDA BRADLEY HUERTA, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 13].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 13] is **GRANTED**, and the Bill of Indictment filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: December 30, 2015

Martin Reidinger
United States District Judge